STATE EX REL. PALAGI, RESPONDENT, *v.* IRELAND ET AL., APPELLANTS.

(No. 6,158.)

(Submitted November 30, 1927.  Decided December 10, 1927.)

[262 Pac. 172.]

(For syllabus, see *State ex rel. Palagi* v. *Freeman,* ante, p. 132.)

*Appeal from Cascade County; W. H. Meigs, Judge.*

PROCEEDING by the State, on the relation of Guy Palagi, Chief Probation Officer, against Charles Ireland, alleged delinquent, and his parents. From the judgment entered and an order denying a new trial, defendants appeal. Reversed and remanded.

*Mr. F. E. Ewald,* for Appellants.

*Mr. L. A. Foot,* Attorney General, and *Mr. I. W. Choate,* Assistant Attorney General, for Respondent.

MR. JUSTICE MATTHEWS delivered the opinion of the court.

The facts in this case appear in the opinion in *State ex rel. Palagi* v. *Freeman,* ante, p. 132, 262 Pac. 168, and the errors considered therein are identical with those presented in this case. Therefore, upon the authority of that decision and opinion, the judgment herein is reversed and the proceeding remanded to the district court of Cascade county for further proceedings as in the *Freeman Case* directed.

*Reversed and remanded.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES MYERS, STARK and GALEN concur.